EDNA E. HOLLOWAY, Administratrix ad Prosequendum of ARCHIE HOLLOWAY, Deceased, v. CHARLES F. ADAMSON, Doing Business, etc., Impleaded with KINNEY MANUFACTURING COMPANY, a Corporation.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a

stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.